IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 05-20088-Ma |
| | ) | |
| WILLIAM BARRY MORRIS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY**

This cause came on for a report date on October 28, 2005. Defense requested a continuance in order to allow for additional time to prepare.

The Court granted the request and continued the trial to the rotation docket beginning Tuesday, January 3, 2006 at 9:30 a.m. with a report date of Friday, December 23, 2005 at 2:00 p.m.

The period from October 28, 2005 through January 13, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the interests of justice in allowing additional time to prepare outweigh the need for a speedy trial.

**IT IS SO ORDERED** this 2d day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:05-CR-20088 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT